[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 1, 2005
THOMAS K. KAHN
CLERK

No. 05-10148
Non-Argument Calendar
_____

D. C. Docket No. 04-14049-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL LEE MIDDLETON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 1, 2005)**

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Leon Daniel Watts, counsel for Samuel Lee Middleton, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Middleton's conviction and sentence are **AFFIRMED**.